ORDERED.

Dated: **March 02, 2021**

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourt.gov

| | |
|---|---|
| In re: | Case No. 6:20-bk-06996-LVV |
|  | Chapter 7 |
| Joseph Munden | |
| Mykeal Munden, | |
|  | |
| _____Debtor._____/ | |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND CENTURY 21 CARIOTI TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330**

THIS CASE came on for consideration without hearing on the Trustee's Application to Retain BK Global Real Estate Services and Century 21 CARIOTI upon the Notice and Application of Dennis D. Kennedy, the trustee in the above-captioned case ("Trustee"), to retain BK Global Real Estate Services and Century 21 Carioti to Procure Consented Public Sale pursuant to 11 U.S.C. §§327, 328 and 330 ("Application") [Docket No. 25], the Court concludes that BK Global Real Estate Services and Century 21 Carioti do not hold or represent any interest adverse to the estate and are disinterested persons within the meaning of Section 101(14) of the Bankruptcy Code. The Court further concludes that BK Global Real Estate Services and Century 21 Carioti are qualified to represent the Trustee and that the Court's authorization of their employment is in the best interest of the estate.

Accordingly, it is

ORDERED the application is Granted and the Court approves the retention of BK Global Real Estate Services and Century 21 Carioti to sell real property located at 2053 Appaloosa Ln Melbourne, FL 32934.

IT IS FURTHER ORDERED All compensation authorized is subject to provisions of Section 330 of the Bankruptcy Code.

Trustee Dennis D. Kennedy is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within three days of entry of the order.