**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:    Joseph Munden                              § Case No. 6:20-bk-06996-TPG
         Mykeal Munden                              §
                                                    §
Debtor(s)                                           §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    Dennis D. Kennedy, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $506,258.00 | Assets Exempt: | $12,000.00 |
| *(without deducting any secured claims)* | | | |
| Total Distribution to Claimants: | $463,944.04 | Claims Discharged Without Payment: | $379,593.73 |
| Total Expenses of Administration: | $49,055.96 | | |

    3) Total gross receipts of $513,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $513,000.00 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 738,122.00 | 434,172.17 | 434,172.17 | 434,172.17 |
| PRIORITY CLAIMS |  |  |  |  |
|     CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 49,055.96 | 49,055.96 | 49,055.96 |
|     PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|     PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 13,546.97 | 13,546.97 | 13,546.97 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 205,340.00 | 191,186.63 | 191,186.63 | 16,224.90 |
| **TOTAL DISBURSEMENTS** | **$943,462.00** | **$687,961.73** | **$687,961.73** | **$513,000.00** |

    4) This case was originally filed under Chapter 7 on 12/28/2020. The case was pending for 18 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/16/2022            By: /s/ Dennis D. Kennedy
                                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Single Family Home 2053 Appaloosa Lane Melbourne FL 32934-0000 Brevard county | 1110-000 | 500,000.00 |
| Infinity M45 2008 150000 miles | 1129-000 | 2,200.00 |
| Mercedes C230 2006 180000 miles | 1129-000 | 150.00 |
| Mercedes E350 2011 200000 miles | 1129-000 | 3,000.00 |
| Subaru Outback 2014 90,000 miles | 1129-000 | 7,500.00 |
| Volkswagon Squareback 1973 200000 miles | 1129-000 | 150.00 |
| **TOTAL GROSS RECEIPTS** | | **$513,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Carrington Mortgage Services | 4110-000 | 559,954.00 | 0.00 | 0.00 | 0.00 |
| | Carrington Mortgage Services | 4110-002 | N/A | 422,172.17 | 422,172.17 | 422,172.17 |
| | SPS Servicing | 4110-002 | N/A | 12,000.00 | 12,000.00 | 12,000.00 |
| NOTFILED | Select Portfolio Svcin | 4210-000 | 138,168.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | SPACE COAST CREDIT UNION | 4210-000 | 15,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Space Coast Credit Union | 4210-000 | 25,000.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$738,122.00** | **$434,172.17** | **$434,172.17** | **$434,172.17** |

### EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Dennis D. Kennedy | 2100-000 | N/A | 4,550.00 | 4,550.00 | 4,550.00 |
| Dennis D. Kennedy | 2200-000 | N/A | 209.62 | 209.62 | 209.62 |
| Arvind Mahendru | 3210-000 | N/A | 2,695.00 | 2,695.00 | 2,695.00 |
| Emerson C Noble | 3410-000 | N/A | 397.50 | 397.50 | 397.50 |
| Emerson C Noble | 3420-000 | N/A | 13.40 | 13.40 | 13.40 |
| National Title Insurance Co | 2500-002 | N/A | 4,370.00 | 4,370.00 | 4,370.00 |
| Ocean Title Co | 2500-002 | N/A | 400.00 | 400.00 | 400.00 |
| Signature Bank | 2600-000 | N/A | 362.61 | 362.61 | 362.61 |
| Brevard CountyTax Collector | 2820-002 | N/A | 2,557.83 | 2,557.83 | 2,557.83 |
| State of Florida | 2820-002 | N/A | 3,500.00 | 3,500.00 | 3,500.00 |
| Century 21 Carioti | 3510-002 | N/A | 30,000.00 | 30,000.00 | 30,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$49,055.96** | **$49,055.96** | **$49,055.96** |

**EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

**EXHIBIT 6 - PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Internal Revenue Service | 5800-000 | N/A | 13,546.97 | 13,546.97 | 13,546.97 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **N/A** | **$13,546.97** | **$13,546.97** | **$13,546.97** |

**EXHIBIT 7 - GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nelnet | 7100-000 | N/A | 2,779.47 | 2,779.47 | 239.07 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 708.00 | 815.73 | 815.73 | 70.16 |
| 3 | LVNV Funding, LLC | 7100-000 | N/A | 82,182.90 | 82,182.90 | 7,068.68 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Wilmington Savings Fund Society, FSB, not in its i | 7100-000 | N/A | 7,550.31 | 7,550.31 | 649.41 |
| 5 | Internal Revenue Service | 7300-000 | N/A | 2,550.27 | 2,550.27 | 0.00 |
| 6 | JPMorgan Chase Bank NA | 7100-000 | N/A | 25,213.54 | 25,213.54 | 2,168.65 |
| 7 | JPMorgan Chase Bank NA | 7100-000 | N/A | 34,226.56 | 34,226.56 | 2,943.88 |
| 8 | JPMorgan Chase Bank NA | 7100-000 | N/A | 35,867.85 | 35,867.85 | 3,085.05 |
| NOTFILED | Brevard Physician Associates | 7100-000 | 432.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Capital Accounts | 7100-000 | 472.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Collection Bureau Of A | 7100-000 | 491.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Dermpath Diagnostics | 7100-000 | 25.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | DS Services of America | 7100-000 | 485.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Health First Medical Group | 7100-000 | 538.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | JPMB Card | 7100-000 | 95,306.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | JPMCB Auto | 7100-000 | 345.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Melbourne GI Center | 7100-000 | 51.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Nelnet Loans | 7100-000 | 2,762.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Preferred Collection | 7100-000 | 35.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Resurgent | 7100-000 | 7,457.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sflndcorp | 7100-000 | 76,173.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Space Coast Credit Union | 7100-000 | 20,060.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$205,340.00** | **$191,186.63** | **$191,186.63** | **$16,224.90** |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page: 1

| Case Number: | 20-06996 TPG | Trustee: | Dennis D. Kennedy |
|---|---|---|---|
| Case Name: | Joseph Munden | Filed (f) or Converted (c): | 12/28/20 (f) |
| | Mykeal Munden | §341(a) Meeting Date: | 01/26/21 |
| Period Ending: | 06/16/22 | Claims Bar Date: | 06/03/21 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Single Family Home 2053 Appaloosa Lane Melbourne FL 32934-0000 Brevard county | 450,000.00 | 0.00 | | 500,000.00 | FA |
| 2 | Subaru Outback 2014 90,000 miles (see footnote) | 10,000.00 | 10,000.00 | | 7,500.00 | FA |
| 3 | Infinity M45 2008 150000 miles (see footnote) | 8,000.00 | 3,000.00 | | 2,200.00 | FA |
| 4 | Mercedes C240 2003 200000 miles (see footnote) | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 5 | Mercedes E350 2011 200000 miles (see footnote) | 4,000.00 | 0.00 | | 3,000.00 | FA |
| 6 | Mercedes C230 2006 180000 miles (see footnote) | 250.00 | 0.00 | | 150.00 | FA |
| 7 | Volkswagon Squareback 1973 200000 miles (see footnote) | 500.00 | 0.00 | | 150.00 | FA |
| 8 | Couches (50) Bookcases (50) Desk (50) Chairs (200) Tables (300) Lamps (25) 3 TVs (200) DVD Player (10) 4 Beds (400) Dressers (75) Chest (25) Mirrors (20) Dining Room Table and Chairs (200) China Cabinet (50) Washer Dryer (100) Cookware (200) Kitchen Table and Chairs (50) Tools (100) Patio Furniture (50) Computer (25) | 2,130.00 | 0.00 | | 0.00 | FA |
| 9 | Tiffany Tea Pots | 300.00 | 0.00 | | 0.00 | FA |
| 10 | Stationary Bike (100) Treadmill (100) | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Debtors Clothes | 60.00 | 0.00 | | 0.00 | FA |
| 12 | Watches, Wedding bands | 300.00 | 0.00 | | 0.00 | FA |
| 13 | Cat, Dog | 0.00 | 0.00 | | 0.00 | FA |
| 14 | SCCU Bank Account 0880 (0.00) | 0.00 | 0.00 | | 0.00 | FA |
| 15 | SCCU Bank Account 3595 (0.00) owned by SON Debtor 1 name is on account SCCU Bank Account 9500 (5.00) owned by SON Debtor 1 name is on account | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page: 2

| Case Number: | 20-06996 TPG | Trustee: | Dennis D. Kennedy |
|---|---|---|---|
| Case Name: | Joseph Munden | Filed (f) or Converted (c): | 12/28/20 (f) |
| | Mykeal Munden | §341(a) Meeting Date: | 01/26/21 |
| Period Ending: | 06/16/22 | Claims Bar Date: | 06/03/21 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | SCCU Bank Account 8000 | 5.00 | 0.00 | | 0.00 | FA |
| 17 | Tristar Community Bank Account 9198 | 590.32 | 0.00 | | 0.00 | FA |
| 18 | SCCU Bank Account 3539 (305.02) Owned by Daughter with Debtor 1 name on title SCCU Bank Account 3547 (1.90) Owned by Daughter with Debtor 1 name on title | 0.00 | 0.00 | | 0.00 | FA |
| 19 | SCCU Bank Account 7100 (9.90) | 9.90 | 0.00 | | 0.00 | FA |
| 20 | Munden Group LLC SCCU Bank Account 9700 (5.00) SCCU Bank Account 2897 (0.00) | 5.00 | 0.00 | | 0.00 | FA |
| 21 | Glass Cages LLC Debtor 1 is 50% owner (Assets) Tristar Community Bank Account 3002 (108,164.53) Tristar Community Bank Account 3010 (2,509) Outstanding loans (11,150) Automobile (4,483.77) Goodwill (840,000) (Liabilities Secured by Company Assets) Lines of Credit and loans (304,137.42) Purchase Security Agreement (708,368.59) Property is collateral for purchase security agreement of $900,000 to seller of company. Purchase Security Agreement on business owed to former owner secures all equipment, paper, receivables etc. | 507,372.71 | 0.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$985,722.93** | **$13,000.00** | | **$513,000.00** | **$0.00** |

Regarding Property #2    VIN 4S4BRDLCXE2301474

Regarding Property #3    VIN JNKAYO1E68M606445

Regarding Property #4    VIN WDBRF6J33F40382
Regarding Property #5    VIN WDDHF5GB4BA285732
Condition not running
Regarding Property #6    Vin WDBRF52H96F83314
Condition Poor
Regarding Property #7    VIN 3632061209 Car is dismantled does not run

**Major activities affecting case closing:**
03-31-22 - Need approved worksheet
03-21-21 - Buyback with debtor $13k and selling the house with BK Assets

**Initial Projected Date of Final Report (TFR):** December 30, 2022        **Current Projected Date of Final Report (TFR):** February 07, 2022 (Actual)

**FORM 1**  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Exhibit 8

Page: 3

| June 16, 2022 | /s/ Dennis D. Kennedy |
|---|---|
| Date | Dennis D. Kennedy |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 1

| | |   | | |
|---|---|---|---|---|
| **Case Number:** | 20-06996 TPG | | **Trustee:** | Dennis D. Kennedy |
| **Case Name:** | Joseph Munden | | **Bank Name:** | Signature Bank |
| | Mykeal Munden | | **Account:** | ******9127 - Checking |
| **Taxpayer ID#:** | **-***0391 | | **Blanket Bond:** | $33,348,000.00 (per case limit) |
| **Period Ending:** | 06/16/22 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/13/21 | | Arcadier Biggie and Wood PLLC Trust Account | | | 13,000.00 | | 13,000.00 |
| 04/13/21 | Asset #2 | Arcadier Biggie and Wood PLLC Trust Account | 7,500.00 | 1129-000 | | | 13,000.00 |
| 04/13/21 | Asset #3 | Arcadier Biggie and Wood PLLC Trust Account | 2,200.00 | 1129-000 | | | 13,000.00 |
| 04/13/21 | Asset #5 | Arcadier Biggie and Wood PLLC Trust Account | 3,000.00 | 1129-000 | | | 13,000.00 |
| 04/13/21 | Asset #6 | Arcadier Biggie and Wood PLLC Trust Account | 150.00 | 1129-000 | | | 13,000.00 |
| 04/13/21 | Asset #7 | Arcadier Biggie and Wood PLLC Trust Account | 150.00 | 1129-000 | | | 13,000.00 |
| 04/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 11.11 | 12,988.89 |
| 05/28/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 19.43 | 12,969.46 |
| 06/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 22.87 | 12,946.59 |
| 07/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 20.75 | 12,925.84 |
| 08/13/21 | | Ocean Title LLC | | | 25,000.00 | | 37,925.84 |
| 08/13/21 | | | | | | | 37,925.84 |
| 08/13/21 | Asset #1 | Brian M. & Kelly B. Leslie | Sales Price of Property    500,000.00 | 1110-000 | | | 37,925.84 |
| 08/13/21 | | Brevard CountyTax Collector | County Taxes 01/01/2021 to 08/02/2021    -2,557.83 | 2820-002 | | | 37,925.84 |
| 08/13/21 | | Carrington Mortgage Services | Mortgage payoff - 1st    -422,172.17 | 4110-002 | | | 37,925.84 |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 2

| | | |
|---|---|---|
| **Case Number:** 20-06996 TPG | **Trustee:** | Dennis D. Kennedy |
| **Case Name:** Joseph Munden | **Bank Name:** | Signature Bank |
| Mykeal Munden | **Account:** | ******9127 - Checking |
| **Taxpayer ID#:** **-***0391 | **Blanket Bond:** | $33,348,000.00 (per case limit) |
| **Period Ending:** 06/16/22 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/13/21 | | Century 21 Carioti | $20,000.00 Listing Agent Commission to Century 21 Carioti   $10,000.00 Selling Agent Commission to REMAX ELITE | -30,000.00   3510-002 | | | 37,925.84 |
| 08/13/21 | | SPS Servicing | Payoff Mortgage - 2nd | -12,000.00   4110-002 | | | 37,925.84 |
| 08/13/21 | | State of Florida | Documentary Stamp Tax | -3,500.00   2820-002 | | | 37,925.84 |
| 08/13/21 | | National Title Insurance Co | Title Policy Adjustment | -2,185.00   2500-002 | | | 37,925.84 |
| 08/13/21 | | National Title Insurance Co | Title Charges | -2,185.00   2500-002 | | | 37,925.84 |
| 08/13/21 | | Ocean Title Co | Municipal Lien Search Fee to Vendor | -400.00   2500-002 | | | 37,925.84 |
| 08/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 42.13 | 37,883.71 |
| 09/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 60.72 | 37,822.99 |
| 10/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 58.60 | 37,764.39 |
| 11/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 64.56 | 37,699.83 |
| 12/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 62.44 | 37,637.39 |
| 04/14/22 | 1001 | Dennis D. Kennedy | Dividend of 100.000000000%. | 2100-000 | | 4,550.00 | 33,087.39 |
| 04/14/22 | 1002 | Dennis D. Kennedy | Dividend of 100.000000000%. | 2200-000 | | 209.62 | 32,877.77 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 3

| Case Number: | 20-06996 TPG | Trustee: | Dennis D. Kennedy |
|---|---|---|---|
| Case Name: | Joseph Munden | Bank Name: | Signature Bank |
| | Mykeal Munden | Account: | ******9127 - Checking |
| Taxpayer ID#: | **-***0391 | Blanket Bond: | $33,348,000.00 (per case limit) |
| Period Ending: | 06/16/22 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/14/22 | 1003 | Arvind Mahendru | Dividend of 100.000000000%. | 3210-000 | | 2,695.00 | 30,182.77 |
| 04/14/22 | 1004 | Emerson C Noble | Dividend of 100.000000000%. | 3410-000 | | 397.50 | 29,785.27 |
| 04/14/22 | 1005 | Emerson C Noble | Dividend of 100.000000000%. | 3420-000 | | 13.40 | 29,771.87 |
| 04/14/22 | 1006 | Internal Revenue Service | Dividend of 100.000000000%, Claim No.5. | 5800-000 | | 13,546.97 | 16,224.90 |
| 04/14/22 | 1007 | Nelnet | Dividend of 8.601151973%, Claim No.1. | 7100-000 | | 239.07 | 15,985.83 |
| 04/14/22 | 1008 | Capital One Bank (USA), N.A. | Dividend of 8.601151973%, Claim No.2. | 7100-000 | | 70.16 | 15,915.67 |
| 04/14/22 | 1009 | LVNV Funding, LLC | Dividend of 8.601151973%, Claim No.3. | 7100-000 | | 7,068.68 | 8,846.99 |
| 04/14/22 | 1010 | Wilmington Savings Fund Society, FSB, not in its i | Dividend of 8.601151973%, Claim No.4. | 7100-000 | | 649.41 | 8,197.58 |
| 04/14/22 | 1011 | JPMorgan Chase Bank NA | Dividend of 8.601151973%, Claim No.6. | 7100-000 | | 2,168.65 | 6,028.93 |
| 04/14/22 | 1012 | JPMorgan Chase Bank NA | Dividend of 8.601151973%, Claim No.7. | 7100-000 | | 2,943.88 | 3,085.05 |
| 04/14/22 | 1013 | JPMorgan Chase Bank NA | Dividend of 8.601151973%, Claim No.8. | 7100-000 | | 3,085.05 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 38,000.00 | 38,000.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 38,000.00 | 38,000.00 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$38,000.00** | **$38,000.00** | |

**Form 2**

**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 4

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9127** | **38,000.00** | **38,000.00** | **0.00** |
| | **$38,000.00** | **$38,000.00** | **$0.00** |